CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FWY
SUITE 1100
IRVING, TEXAS 75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ( | CASE NO. 01-31688 |
| | ( | |
| LEOPOLDO GALLEGOS | ( | JUDGE: HARLIN D. HALE |
| 5706 MILLAR DR | ( | |
| DALLAS TX 75236 | ( | CHAPTER 13 |
| | ( | |
| | ( | DATE: 08/04/2004 |
| a/k/a | ( | |
| DEBTOR(S) | ( | |
| | ( | |
| | ( | |
| | ( | |

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Powers, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

| | | | Percent Paid | Total Paid (P&I) |
|---|---|---|---|---|
| Debtor Discharged: | 05/05/2004 | Secured: | 8.14 % | $ 3,699.54 |
| Case Filed: | 03/02/2001 | Priority: | 100.00 % | $ .00 |
| Plan Confirmed: | 12/26/2001 | *Unsecured: | 100.00 % | $ .00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

LEOPOLDO GALLEGOS, 01-31688

The case was COMPLETED.

**TOTAL RECEIPTS by Trustee:** $  5,805.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---|
| Debtor Attorney Fee Paid By Trustee To JOE P LOPEZ IV: | $  1,550.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $     63.25 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $    444.02 |
| Noticing Fee Paid: | $     14.94 |
| Clerk's Fee Paid: | $       .00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $  2,072.21 |

**REFUNDS PAID TO DEBTOR(S):** $     33.25

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amt.<br>Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **SECURED:** | | | | |
| COUNTY OF DALLAS<br>00000785458000000 | REAL PROPERTY | Direct | .00 | .00 |
| FLEET MORTGAGE<br>74359989 | 1 3/01 | 3,012.71 | 3,012.71 | 686.83 |
| FLEET MORTGAGE<br>74359989 | 0003/1ST LIEN/HOME | Direct | .00 | .00 |
| **PRIORITY:** | | | | |
| **UNSECURED:** | | | | |
| **OTHER:** | | | | |
| **NOTICE ONLY:** | | | | |
| BLAIR GOGGAN SAMPSON & ME | | | | |
| BROWN AND SHAPIRO | FLEET MORTGAGE | | | |

Final Report and Account/01-31688/ML    Page   2

LEOPOLDO GALLEGOS, 01-31688

UNITED STATES ATTORNEY

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, and grants such other relief as may be just and proper.

/s/ Thomas D. Powers
_____
Thomas D. Powers/Trustee